# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

### JUDGMENT IN A CIVIL CASE

UNITED STATES OF AMERICA,

v.

MARCUS TYRONE WILLIAMS,          CASE NUMBER:    1:04-1196-T/An

**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 8/8/2005, The Motion Pursuant to 28 U.S.C. § 2255 is DENIED and this case is hereby DISMISSED. It is also CERTIFIED that any Appeal by plaintiff is not taken in good faith.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                    THOMAS M. GOULD
                                    CLERK

____8-11-05_____    BY:  _____
DATE                                DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 08-11-05         .



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:04-CV-01196 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Marcus Tyrone Williams
18715-076
P.O. Box 34550
Memphis, TN 38138--055

Honorable James Todd
US DISTRICT COURT